United States Bankruptcy Court

Eastern District of Kentucky

In re:     Case No. 24-70252-grs

Kristy Annette Johnson     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0643-7     User: admin     Page 1 of 3
Date Rcvd: Oct 16, 2024     Form ID: 318     Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kristy Annette Johnson, 181 Dix Fork Road, Hazard, KY 41701-7699 |
| 7205419 | + | APPALACHIAN WIRELESS, 101 TECHNOLOGY TRL, IVEL KY 41642-9057 |
| 7205423 | + | GEARHEART COMMUNICATIONS, PO BOX 160, HAROLD KY 41635-0160 |
| 7205425 | + | HOEHLER LAW COLLECTION OFFICE, PO BOX 369, MONTICELLO KY 42633-0369 |
| 7205426 | + | KNOTT COUNTY WATER AND SEWER, 7777 BIG BRANCH ROAD, VICCO KY 41773-8790 |
| 7205435 | + | RP BLUEGRASS, PO BOX 200627, DALLAS TX 75320-0627 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Oct 16 2024 22:28:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |
| 7205418 | + | EDI: GMACFS.COM | Oct 17 2024 02:22:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, 500 WOODARD AVE, DETROIT MI 48226-3416 |
| 7205420 | + | EDI: ATTWIREBK.COM | Oct 17 2024 02:22:00 | AT&T, PO BOX 5074, CAROL STREAM IL 60197-5074 |
| 7207299 | + | EDI: AISACG.COM | Oct 17 2024 02:22:00 | ATTN ALLY BANK DEPARTMENT, AIS PORTFOLIO SERVICES LLC, ACCOUNT XXXXXXXX4904, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY OK 73118-7901 |
| 7207300 | + | EDI: AISACG.COM | Oct 17 2024 02:22:00 | ATTN FORD MOTOR CREDIT COMPANY LLC DEPARTMENT, AIS PORTFOLIO SERVICES LLC, ACCOUNT XXXX5381, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY OK 73118-7901 |
| 7205421 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2024 22:36:29 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS NV 89113-2273 |
| 7224018 | | Email/Text: EBNBKNOT@ford.com | Oct 16 2024 22:28:00 | FORD MOTOR CREDIT COMPANY, LLC, DEPT 55953 P.O. BOX 55000, DETROIT, MI 48255 |
| 7205424 | + | Email/Text: bankruptcy@curo.com | Oct 16 2024 22:28:00 | HEIGHTS FINANCE CORPORATION, 2550 WEST HWY 72, SUITE 2, HARLAN KY 40831-7133 |
| 7205427 | | Email/Text: bk@lendmarkfinancial.com | Oct 16 2024 22:27:00 | LENDMARK FINANCIAL SER, 3127 HIGHWAY 278, COVINGTON GA 30014 |
| 7205428 | + | Email/Text: EBNBKNOT@ford.com | Oct 16 2024 22:28:00 | LINCOLN AUTOMOTIVE FINANCE, ATTN: BANKRUTCY, PO BOX 542000, OMAHA NE |

Case 24-70252-grs   Doc 17   Filed 10/18/24   Entered 10/19/24 00:09:00   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0643-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2024 | Form ID: 318 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | 68154-8000 |
| 7205429 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Oct 16 2024 22:36:30 | | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE SC 29603-0497 |
| 7205430 | + | Email/PDF: MerrickBKNotifications@Resurgent.com<br>Oct 16 2024 22:36:29 | | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE NY 11804-9001 |
| 7205431 | + | EDI: AGFINANCE.COM<br>Oct 17 2024 02:22:00 | | ONE MAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 7205432 | | EDI: PRA.COM<br>Oct 17 2024 02:22:00 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK VA 23502 |
| 7205433 | ^ | MEBN<br>Oct 16 2024 22:23:33 | | PRINCE PARKER & ASSOC, ATTN: BANKRUPTCY, PO BOX 474690, CHARLOTTE NC 28247-4690 |
| 7205434 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Oct 16 2024 22:36:29 | | RESURGENT CAPITAL SERVICES, PO BOX 510090, LIVONIA MI 48151-6090 |
| 7205436 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com<br>Oct 16 2024 22:28:00 | | VANDERBILT MORTGAGE AND FINANCE, INC, ATTN: BANKRUPTCY, PO BOX 9800, MARYVILLE TN 37802-9800 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7205422 | | FIRST PREMIER BANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G. Michael Cain | on behalf of Creditor Vanderbilt Mortgage and Finance Inc. mikec@hillslaw.com, tinariggs@hillslaw.com |
| J. Clair Edwards | edwardstrustee@gmail.com cedwards@ecf.epiqsystems.com;KY56@ecfcbis.com;sarah.cress@outlook.com |
| James P. Bowling | on behalf of Debtor Kristy Annette Johnson bowlinglawfirm@gmail.com r42325@notify.bestcase.com |

District/off: 0643-7 | User: admin | Page 3 of 3
Date Rcvd: Oct 16, 2024 | Form ID: 318 | Total Noticed: 23

U.S. Trustee
                         ustpregion08.lx.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kristy Annette Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3094<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Kentucky | |
| Case number: | 24–70252–grs | |

# Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kristy Annette Johnson

10/15/24                                            **By the court:**   Gregory R. Schaaf
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**