UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

KRISTY ANNETTE JOHNSON                                      CASE NO. 24-70252
                                                            CHAPTER 7
    DEBTOR

## STATUS REPORT

Comes the Trustee, J. Clair Edwards, and hereby files the following status report:

The Trustee is reviewing the status of a vehicle and notation of title. The vehicle may belong to the Debtor's ex-spouse. The lien is not perfected on the vehicle, but there may have been a transfer of the vehicle. A title history has been ordered.

Respectfully submitted,

\s\ J. Clair Edwards, Trustee
J. Clair Edwards, Trustee
PO Box 1779
Somerset, Kentucky 42502
edwardstrustee@gmail.com